United States District Court
Southern District of Texas
**ENTERED**
May 19, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Widmer Josneyder Agelviz-Sanguino, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>Kristi Noem,<br>Secretary, U.S. Department of<br>Homeland Security, et. al.<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Cause No. 4:25-cv-02116<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION</u>

Upon consideration of Plaintiff Widmer Josneyder Agelviz-Sanguino's ("Agelviz-Sanguino") Emergency Motion (*Dkt. No. 6*) requesting confirmation of Agelviz-Sanguino's whereabouts and establishing access to counsel, and after hearing arguments from both Plaintiffs and Defendants, the Court hereby **GRANTS** the Motion as follows:

1.  Confirmation of Agelviz-Sanguino's Whereabouts

    a.  Defendants shall, within 24 hours of this Order, file a declaration with the Court confirming the current location and health status of Agelviz-Sanguino, as well as the legal basis for his continued detention.

2. Communication with Counsel

    a. Defendants shall, within 48 hours of this Order:

        i. Restore and help maintain attorney-client communication between Agelviz-Sanguino and his counsel.

        ii. Provide Plaintiffs' counsel with direct contact information for the facility holding Agelviz-Sanguino, including a designated point of contact responsible for ensuring compliance with this Order.

        iii. File a report with the Court within 72 hours detailing the steps taken to comply with this Order, including any logistical arrangements made with El Salvadoran authorities.

    b. If Defendants claim an inability to facilitate communication due to lack of control over El Salvadoran facilities, they must:

        i. Set forth in a declaration all efforts made to secure cooperation, including through diplomatic or contractual channels.

        ii. Disclose all agreements or arrangements with El Salvador (or any agency or sub-division otherwise involved) related to Agelviz-Sanguino's detention, including any memoranda of understanding with, or funding ties to CECOT.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 19th of May 2025

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE