United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WIDMER JOSNEYDER AGELVIZ-SANGUINO, et al., § § § | |
| Plaintiff, § § | Civil Action 4:25-cv-02116 |
| v. § § | |
| KRISTI NOEM, Secretary of the Department of Homeland Security, et al., § § § | |
| Defendants. § § | |

### ORDER

Before the Court is Defendants' Motion for an Extension of Time (ECF 12). After considering the motion, the Court enters the following order:

Defendants' Motion for an Extension of Time is **GRANTED.**

Defendants shall comply with Part 1 of the Court's May 19, 2025 Order by **11:59PM on May 20, 2025.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th of May, 2025

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE