Case 4:25-cv-02116   Document 17   Filed on 05/21/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
May 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Widmer Josneyder Agelviz-Sanguino, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, Secretary, U.S. Department of Homeland Security, et. al. <br><br> Defendants. | Cause No. 4:25-cv-02116 |

## SUPPLEMENTAL ORDER COMPELLING COMPLAINCE

Having reviewed Defendants' May 20, 2025, Notice and Declaration (Doc. No. 14) filed in response to the Court's May 19, 2025, Order (Doc. No. 12), the Court hereby orders Defendants to file a supplemental declaration no later than May 23, 2025, at 11:59pm.

### 1. Deficiencies in Prior Response

Defendants' declaration provided no meaningful information regarding Plaintiff Agelviz-Sanguino's location, health, or the legal basis for his detention. The U.S. Embassy's purported inquiry to El Salvadoran authorities—unsupported by details or evidence—does not satisfy the Court's previous order.

### 2. Required Disclosures

Defendants shall provide:

a. A declaration describing all actions taken by Defendants and the U.S. Embassy since May 19, 2025, including:

   i. Names/titles of El Salvadoran officials contacted, methods of contact, and copies of all written communications.

   ii. Timeline of follow-up attempts and plans to escalate such attempts if no response is received.

b. The specific El Salvadoran law cited as justification for Agelviz-Sanguino's detention, including:

   i. Statute name, article number, English translation, and verification of its applicability to Venezuelan nationals.

   ii. The U.S. government's analysis of this law's compliance with its own international obligations (e.g., non-refoulement).

c. All agreements or contracts between the U.S. and El Salvador governing:

   i. The transfer, detention, or treatment of individuals deported from the U.S. to El Salvador (including any memoranda of understanding with CECOT).

   ii. Criteria for selecting deportees sent to El Salvador (vs. other destinations or detention centers).

   iii. Expected duration of detention in El Salvador.

d. Agelviz-Sanguino's deportation records, including:

    i. The factual and legal basis for his detention and removal from the United States under the Alien Enemies Act or any other authority.

    ii. The factual and legal basis for his removal to El Salvador specifically.

    iii. The dates, manner, and locations Agelviz-Sanguino was detained in U.S. custody.

    iv. The date, manner, and location of his handover to El Salvadoran authorities.

    v. The last known contact the U.S. Government, or any agent of the U.S. Government, has had with Agelviz-Sanguino.

    vi. Any due process afforded to Agelviz-Sanguino (e.g., notice to counsel, opportunity to contest removal, applicable timeline).

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 21st of May 2025

                                            KEITH P. ELLISON
                                UNITED STATES DISTRICT JUDGE