# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| WIDMER JOSNEYDER AGELVIZ-SANGUINO, et al., | § § § | |
| Plaintiff, | § § | Civil Action 4:25-cv-02116 |
| v. | § § | |
| KRISTI NOEM, Secretary of the Department of Homeland Security, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Motion for an Extension of Time (ECF 16).

After considering the motion, the Court enters the following order:

Defendants' Motion for an Extension of Time is **GRANTED**.

Defendants shall comply with Part 2 of the Court's May 19, 2025 Order by **11:59PM on May 21, 2025**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 21st of May, 2025

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE